IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUMBOLDT B.V. and MPS NORTH AMERICA, INC. | ) ) ) JURY TRIAL DEMANDED |
| Plaintiff, | ) ) Civil Action No. 1:17-cv-00983 |
| v. | ) ) Judge: Hon. Janet T. Neff |
| LORNIC DESIGN INC. | ) ) |
| Defendant. | ) ) |

**LORNIC DESIGN INC'S**
**WRITTEN ELECTION OF ADVICE OF COUNSEL DEFENSE**

Defendant, Lornic Design, Inc. ("LORNIC"), by its attorneys, and pursuant to the Court's Case Management Order entered on January 30, 2018 (PageID.70) hereby elects in writing to claim the advice of counsel defense to the accusation of infringement of U.S. Patent No. 9,433,225 (the "'225 patent") patent brought by Humboldt B.V. and MPS North America, Inc. (collectively "HUMBOLDT/MPS").

                                                                                                        Respectfully submitted,

                                                                                                        LORNIC DESIGN, INC.

Dated: August 17, 2018                By: _____
                                                                        One of Its Attorneys

                                                                                                        Jovan N. Jovanovic
                                                                                                        Vladan M. Vasiljevic
                                                                                                        The Watson IP Group, PLC
                                                                                                        3133 Highland Drive, Suite 200
                                                                                                        Hudsonville, MI 49426
                                                                                                        (616) 797-1000 Telephone
                                                                                                        (866) 369-7391 Facsimile

                                                                                                        Attorneys for Defendant
                                                                                                        Lornic Design, Inc